

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00182-CV

PARKER COUNTY APPRAISAL
DISTRICT

APPELLANT

V.

JAMES D. FRANCIS

APPELLEE

------------

## FROM THE 415TH DISTRICT COURT OF PARKER COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered appellee/cross-appellant's "Unopposed Motion For Dismissal Of Cross Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal of appellee/cross-appellant James D. Francis. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Costs of the cross-appeal shall be paid by appellee/cross-appellant James D. Francis, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  GARDNER, WALKER, and MCCOY, JJ.

DELIVERED:  September 19, 2013